O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBRA SYSTEMS, INC., a California corporation,<br><br>            Plaintiff/Counter-Defendant,<br>      v.<br><br>ACCUFORM MANUFACTURING, INC., a Florida corporation, and DOES 1-10, inclusive,<br><br>            Defendants/Counterclaimants. | Case No. 2:13-cv-05932-ODW(JEMx)<br><br>**ORDER DENYING COBRA SYSTEM'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND MOTION TO DISMISS COUNTERCLAIMS [17]** |

On October 10, 2013, Plaintiff Cobra Systems, Inc. ("Cobra") filed its Motion to Strike Affirmative Defenses and Dismiss Counterclaims. (ECF No. 17.) Defendant Accuform Manufacturing, Inc. ("Accuform") responded on October 25, 2013, by filing its Opposition to the Motion as well as an Amended Answer. (ECF Nos. 18, 19.) Cobra filed a Reply to the Motion to Strike and Dismiss on November 4, 2013, seeking to dismiss affirmative defenses and counterclaims now contained in the Amended Answer. (ECF No. 23.)

A party may amend its pleading once as a matter of course 21 days after service of a motion under Federal Rule of Civil Procedure 12(b), (e), or (f). Fed. R. Civ. P. 15(a)(1)(B). Accuform's Amended Answer was timely filed within 21 days of Cobra's Motion to Strike and Dismiss. The Court notes that the Amended Answer

eliminates several of the affirmative defenses and counterclaims that were the subject of Cobra's Motion. Since the Amended Answer supersedes the original pleading from Accuform, and to avoid confusion regarding the affirmative defenses and counterclaims that remain, the Court hereby **DENIES AS MOOT** Cobra's Motion to Strike Affirmative Defenses and Dismiss Counterclaims. The Amended Answer is now subject to any motions authorized under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

November 13, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**