# United States District Court
# Central District of California

| | |
|---|---|
| COBRA SYSTEMS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ACCUFORM MANUFACTURING; <br>UNGER TECH SOLUTIONS, INC.; <br>GEORGE FRANCIS UNGER, IV; and <br>PHUONG PHAM, <br><br>　　　　Defendants. | Case No. 2:13-cv-5932-ODW(PLAx) <br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement filed in this case (ECF No. 77), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Tuesday, May 20, 2014**, why settlement has not been finalized. No hearing will be held on this matter. All other dates are **VACATED** and taken off calendar—this includes deadlines for discovery. This Order to Show Cause will be vacated upon the filing of a stipulation to dismiss and proposed order of dismissal.

　　**IT IS SO ORDERED.**

　　April 16, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**