**O**

# United States District Court
# Central District of California

| | |
|---|---|
| COBRA SYSTEMS, INC., | Case No. 2:13-cv-5932-ODW(PLAx) |
| Plaintiff, | |
| v. | **ORDER STRIKING JOINT MOTION** |
| ACCUFORM MANUFACTURING; | **FOR DISMISSAL [79]** |
| UNGER TECH SOLUTIONS, INC.; | |
| GEORGE FRANCIS UNGER, IV; and | |
| PHUONG PHAM, | |
| Defendants. | |

On April 30, 2014, a Joint Motion for Dismissal of Plaintiff Cobra Inc.'s Claims Against Unger Tech Solutions, Inc.; George Francis Unger, IV; and Phuong Pham was filed in this action. (ECF No. 79.) The Court finds the Motion severely lacking.

The Court can only presume—because the Motion is silent on this point—that the need for an order of dismissal from this Court is required because Defendant Accuform Manufacturing, Inc. has not stipulated to the dismissal of the other Defendants. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring a stipulation of dismissal to be signed by *all parties* who have appeared). Moreover, the Court cannot even ascertain whether the parties to this Motion met and conferred with Accuform about a

1 | potential stipulation since there is no Local Rule 7-3 statement anywhere in the
2 | Motion.
3 |      For these reasons, the Court hereby **STRIKES** the Joint Motion for Dismissal.
4 | (ECF No. 79.) The parties to this Motion may file a renewed motion, if necessary,
5 | after a meet and confer with Accuform in compliance with Local Rule 7-3. Any
6 | renewed motion must be filed by the deadline set forth in this Court's previous Order
7 | to Show Cause. (*See* ECF No. 78.)
8 |      **IT IS SO ORDERED.**

10 | May 1, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**